**Order entered June 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00382-CR
### No. 05-14-00383-CR

**VINCENT RAY SETTLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-00085-J, F14-00086-J**

## ORDER

The Court **GRANTS** court reporter Kimberly Xavier's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Xavier to file the reporter's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/    DAVID EVANS
          JUSTICE